UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN DARNELL,

    Plaintiff(s),

    v.

HSBC BANK USA N.A., et al.,

    Defendant(s).

_____/

No. C 12-4006 PJH

**ORDER GRANTING MOTION TO DISMISS**

    Defendants' motion to dismiss came on for hearing before this court on October 24, 2012. Plaintiff Steven Darnell ("plaintiff") appeared through his counsel, Brian Barboza. Defendants HSBC Card Services Inc. and HSBC Bank Nevada ("defendants") appeared through their counsel, Christopher Carter. Having read the papers filed in conjunction with the motion and carefully considered the arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS defendants' motion, for the reasons stated at the hearing and as follows.

    Plaintiff acknowledges that, after he first disputed an error on his credit report under the Fair Credit Reporting Act ("FCRA") in May 2011, defendants corrected the error. Plaintiff then alleges that, sometime between May 2011 and May 2012, the erroneous information was re-inserted into his credit report. However, plaintiff did not dispute this second error, as required by the FCRA. Nor does plaintiff make any allegations regarding the time and manner of this alleged re-insertion. Without more, the court finds that plaintiff has not stated a valid claim under the FCRA, and the complaint is therefore DISMISSED. Plaintiff shall have until November 21, 2012 to file an amended complaint, which should allege specific facts surrounding the alleged re-insertion of any erroneous information into his credit report, and/or should show why he should be excused from the FCRA's requirement to dispute any alleged error before filing suit. Plaintiff may not add new

1  causes of action or new parties without leave of court or a stipulation of all parties.
2  Defendants' response is due no later than 21 days after plaintiff's amended complaint is
3  filed.  If the response is another motion to dismiss, it should be noticed in accordance with
4  the local rules, but the court will not likely hold any further hearings on the pleadings.
5      **IT IS SO ORDERED**.

7  Dated: October 24, 2012

                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge