Brian A, Barboza Esq. SBN 257423
LAW OFFICES OF BRIAN A. BARBOZA
1260 N. Dutton Ave #135
Santa Rosa, CA 95401
Telephone: (707) 527-8553
Facsimile: (707) 542-5655

Thomas F. Jeffrey SBN 110974
LAW OFFICE OF THOMAS F. JEFFREY
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401-4643
Telephone: (707) 543-8530
Facsimile: (707) 543-8549

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DARNELL, <br><br> Plaintiff, <br><br> v. <br><br> HSBC BANK USA, N.A., HSBC CARD SERVICES, INC., HSBC BANK NEVADA N.A., BEST BUY CO INC., <br><br> Defendants. | Case No. C 12-04006 LB <br><br> **STIPULATION FOR DISMISSAL** |

The parties hereto, by and through their respective counsel, hereby stipulate to dismiss this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41.

Dated: 01/21/2013.

_____
Brian A. Barboza, Esq.
Attorney for Plaintiff

Dated: 1/23/2013

_____
by Christopher E. Carter Esq.
Attorney for Defendants